UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF VIRGINIA

ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 0 6 2005
JOHN F. CORCORAN, CLERK
BY: /s/ B. Damus
DEPUTY CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JOHN CLIFFORD SIMMS,

     Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CRIMINAL NO. 4:05CR1
JANUARY 21, 2005
DETENTION HEARING
(TESTIMONY OF
BETTY SIMMS)
VOLUME 1 OF 1

Before:
HONORABLE MICHAEL F. URBANSKI
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF VIRGINIA

APPEARANCES:

For the Plaintiff:  SHARON BURNHAM
    United States Attorney's Office
    P.O. Box 1709
    Roanoke, VA 24008

For the Defendant:  PAUL BEERS
    210 1st Street, SW
    Roanoke, VA 24011

COPY

Transcribed By:  LAURA BURNETTE
    289 Walnut Ridge Lane
    Staunton, VA 24401