CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAY 1 2 2005
JOHN F. CORCORAN, CLERK
BY: HMcDona
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNTIED STATES OF AMERICA | Case No. 4:05CR00001 |
| v. | **ORDER** |
| JOHN CLIFFORD SIMMS, | By: Jackson L. Kiser |
| Defendant. | Senior United States District Judge |

Before me is Defendant's Motion to Suppress [37]. For the reasons stated in the accompanying Memorandum Opinion, I hereby **GRANT** Defendant's Motion to Suppress.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to Thomas Bondurant, Jr., Assistant United States Attorney for the Western District of Virginia, and to counsel for Defendant.

Entered this 12th day of May, 2005.

*Jackson L. Kiser*
Senior United States District Judge