NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

August 1, 2005

**MANDATE**

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 0 3 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

TO: Clerk, District Court/Agency

FROM: Deborah S. Daniel
      Deputy Clerk

RE: 05-4632 US v. John Clifford Simms
    CR-05-00001

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON 8/1/05.

[ ] Order and Certified Copy of Judgment
[ ] Opinion and Certified Copy of Judgment
[ ] Order on Costs
[x] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number _____

cc:  Jean Barrett Hudson
     Paul Graham Beers

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
August 1, 2005

No. 05-4632
CR-05-00001

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 03 2005

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

JOHN CLIFFORD SIMMS

    Defendant - Appellee

ORDER

Appellant has filed a motion to dismiss, and appellee has filed a response stating no objection.

The Court dismisses this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. The Clerk of this Court will issue a certified copy of this order to the Clerk of the District Court as and for the mandate.

For the Court - By Direction

/s/ Patricia S. Connor
_____
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
Deputy Clerk