CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

AUG 1 8 2005

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:05CR00001 |
| | ) | |
| JOHN CLIFFORD SIMMS | ) | |

ORDER

And now, this __18TH__ day of August, 2005, the within motion is granted and it is hereby

ORDERED and DECREED that the Indictment against John Clifford Simms be and the same is

hereby DISMISSED due to the District Court's suppression of evidence.

ENTERED this __18TH__ day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE